**BETTER PACKAGES, Inc., Plaintiff-Appellant, v. NASHUA PACKAGE SEALING CO., Inc., and Nashua Gummed & Coated Paper Co., Defendants-Appellees.**

**No. 143.**

Circuit Court of Appeals, Second Circuit.
Jan. 14, 1935.

For the opinion below, see (D. C.) 6 F. Supp. 573.

Hammond & Littell, of New York City (Edmund Quincy Moses, Nelson Littell, and Clarence M. Crews, all of New York City, of counsel), for appellant.

Emery, Booth, Varney & Whittemore, of New York City (L. G. Miller, of New York City, of counsel), for appellees.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

SWAN, Circuit Judge.

The basis for the defendant's motion and for the District Court's dismissal of the bill of complaint as to patent No. 1,194,752 and patent No. 1,782,123 was the fact that the plaintiff had unreasonably neglected and delayed to file a disclaimer pursuant to the statute (35 USCA §§ 65, 71) with respect to certain claims of the two patents aforesaid which had been held invalid in another litigation against another defendant. The other litigation was Better Packages, Inc., v. L. Link & Co., Inc., et al. (D. C.) 1 F. Supp. 132, and the opinion of this court on appeal from the final decree therein is handed down herewith. 74 F.(2d) 679. The decision of that case necessarily governs this.

The decree herein is affirmed.